

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| TREISA CLEVENGER, | § | No. 08-22-00020-CV |
| Appellant, | § | Appeal from the |
| v. | § | 109th District Court |
| JOHNNY WAYNE CLEVENGER, | § | of Andrews County, Texas |
| Appellee. | § | (TC# 20,054) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **July 11, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Susan Clouthier, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before July 11, 2022.

IT IS SO ORDERED this 16th day of June, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.